JAMES C. ALVORD, Esq.
405 South Main Street
Suite B
Fallbrook, CA 92028

(760) 728-1960
Attorney State Bar No. 147148

Attorney for Material Witness: JOSE JESUS LARA-RENTERIA

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUIS ENRIQUE GARZA,<br><br>Defendant. | Criminal Case No. 07cr3351-IEG<br><br>**NOTICE OF MOTION AND MOTION FOR THE TAKING OF A DEPOSITION OF A MATERIAL WITNESS JOSE JESUS LARA-RENTERIA**<br><br>**DATE: January 22, 2008**<br><br>**TIME: 2:30 pm**<br>**COURT: Hon. Jan M. Adler**<br>**San Diego, California** |

**TO: CARY GORDEN, ESQ., Attorney for Defendant**

**TO: WILLIAM HALL, AUSA, Attorney for the Prosecution.**

**PLEASE TAKE NOTICE** that on Tuesday, January 22, 2008 at 2:30 pm, or as soon thereafter as counsel may be heard, in the Courtroom of the Honorable Jan M. Adler in San Diego, California, the material witness, JOSE JESUS LARA-RENTERIA, by and through his counsel, JAMES C. ALVORD, will bring the above entitled motion.

/ / / /

**MOTION**

The material witness, JOSE JESUS LARA-RENTERIA, by and through his counsel, JAMES C. ALVORD, and pursuant to Rule 15(a) of the Federal Rules of Criminal Procedure, and pursuant to 18 U.S.C. Section 3144, move for an order to secure his testimony pending trial, and for an order for his release from custody immediately thereafter.

This motion will be made on the grounds that the witness is unable to meet any condition of release and that his testimony can be adequately be secured by deposition, and that further detention is not necessary to prevent a failure of justice and would, in fact, perpetuate an extreme hardship on the material witness and his family.

This motion will be made based upon the Declaration of James C. Alvord, Esq., the Points and Authorities in Support of the Motion, and all documents and records on file herein, and upon such oral testimony as the Court may deem proper.

DATED: January 14, 2008

S/ James C. Alvord
JAMES C. ALVORD
Attorney for the
Material Witness