Criminal Case Number: 07cr3351-IEG

Proof of Service

I, the undersigned whose address appears below, certify:

That I am not a party to the above-referenced action; that I am a member of the bar of this court;
That my office is located at:

Law Office of James C. Alvord
405 S. Main Street, Suite B
Fallbrook, CA 92028

That I am, and at all times hereinafter mentioned was, more than 18 years of age;
That on January 14, 2008, I electronically served a true copy of:

*Motion To Shorten Time and Order Thereon*
*Notice of Motion and Motion For The Taking of a Deposition of Material Witness JOSE JESUS LARA-RENTERIA*
*Declaration of Attorney Alvord in Support of Motion For The Taking of Video Deposition of Material Witness JOSE JESUS LARA-RENTERIA*
*Memorandum of Points and Authorities in Support of Motion For The Taking of Video Deposition of Material Witness JOSE JESUS LARA-RENTERIA*
*Deposition Order (Proposed) For The Taking of Video Deposition of Material Witness JOSE JESUS LARA-RENTERIA*

On all parties to this matter by:

Electronically filing the above-referenced document through the official CM/ECF web site on this day.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE: January 22, 2008

S/ James C. Alvord
JAMES C. ALVORD