JAMES C. ALVORD, Esq.
405 South Main Street
Suite B
Fallbrook, CA 92028

(760) 728-1960
Attorney State Bar No. 147148

Attorney for Material Witness: JOSE JESUS LARA-RENTERIA

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 07cr3351-IEG |
| Plaintiff, | **MOTION TO SHORTEN TIME AND ORDER THEREON** |
| v. | |
| LUIS ENRIQUE GARZA , | **DATE: January 22, 2008** |
| | **TIME: 2:30 pm** |
| | **COURT: Hon. Jan M. Adler, San Diego, California** |
| Defendant. | |

**TO: CAREY GORDEN, ESQ., Attorney for Defendant**

**TO: WILLIAM HALL, AUSA,Attorney for the Prosecution.**

**MOTION**

The material witness, JOSE JESUS LARA-RENTERIA, by and through his counsel, JAMES C. ALVORD, moves this Court for an Order shortening time relating to his motion, for filing and serving notice of the motion for an Order that the deposition of this material witness be taken pursuant to Rules 28, 29, and 30, of the

Federal Rules of Criminal Procedure, to be heard Tuesday, January 22, 2008, at 2:30pm, or as soon thereafter as counsel may be heard, for the following reasons:

The material witness is unable to meet any condition of bail, and has been in custody since November 27, 2007. If the motion is not heard at the earliest possible date, and prior to a date within the usually required notice period, the incarcerated material witness will remain in custody for an unnecessarily excessive period of time in that his testimony could otherwise be secured by deposition, thereby saving much hardship on the witness and his family.

Counsel for the Defendant and the Government have both been notified of Attorney's Alvord's intention to bring the motion for the video deposition of his client.

**DATED: January 22, 2008**

____________________________
**JAMES C. ALVORD, ESQ.**
**Attorney for Material Witness**

**IT IS SO ORDERED**

**DATED:**

____________________________
**UNITED STATES MAGISTRATE JUDGE**