KAREN P. HEWITT
United States Attorney
WILLIAM A. HALL, JR.
Assistant U.S. Attorney
California State Bar No. 253403
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7046/(619) 235-2757 (Fax)
Email: william.a.hall@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>LUIS ENRIQUE GARZA,<br>Defendant(s). | Criminal Case No. 07CR3351-IEG<br><br>DATE: January 28, 2008<br>TIME: 2:00 p.m.<br>Before Honorable Irma E. Gonzalez<br><br>UNITED STATES' STATEMENT OF FACTS AND MEMORANDUM OF POINTS AND AUTHORITIES |

**I**

**<u>STATEMENT OF THE CASE</u>**

The Defendant, Luis Enrique Garza (hereinafter "Defendant"), was charged by a grand jury on December 12, 2007, with violating 8 U.S.C. §§ 1324(a)(2)(B)(ii), bringing in illegal alien(s) for financial gain, 8 U.S.C. §§ 1324(a)(1)(A)(ii) and (v)(II), transportation of illegal alien(s), and aiding and abetting. Defendant was arraigned on the six-count Indictment on December 13, 2007, and entered a plea of not guilty.

**II**

**<u>STATEMENT OF FACTS</u>**

Defendant was apprehended on November 27, 2007, by United States Border Patrol Agents ("BPAs") near Calexico, California. That day, at approximately 5:10 p.m., a BPA operating a

Remote Video Surveillance System observed four individuals illegally enter the United States by climbing over the international boundary fence approximately three miles east of the Calexico West Port of Entry. The BPA observed the individuals then attempt to hide on the side of Anza Road, which is the first road of the border. The BPA reported his observations to agents in the area.

Another BPA in the area observed a burgundy Ford Crown Victoria (hereafter "the vehicle") stop on the right side of the road, near the illegal entrants. After the individuals boarded the vehicle, the driver, later identified as Defendant, drove eastbound from the area. A records check of the vehicle revealed the California registration was expired and there was release of liability on the vehicle. The BPA maintained constant visual surveillance on the vehicle as it drove northbound on Barbara Worth Road. A controlled tire deflation device was successfully deployed on the vehicle, and the BPA utilized his emergency lights and siren in an attempt to stop the vehicle. Defendant failed to yield.

Defendant finally stopped the vehicle at the intersection of Highway 98 and Barbara Worth Road after the front two tires of the vehicle were completely flat. The BPA approached the vehicle and observed Defendant still sitting in the driver's seat. The BPA identified himself and questioned the occupants of the vehicle, and determined that the other passengers were all citizens of Mexico illegally in the United States.

In interviews, three of the passengers, Leonor Brigitte Reyes-Bautista, Florinda Pinos-Cowalez, and Jose Jesus Lara-Rente (hereafter "the material witnesses") stated that they were citizens and nationals of Mexico illegally present in the United States. All three material witnesses also stated that they were not in possession of any immigration documents allowing them to enter or to remain inside the United States. Each stated that they had made arrangements with an unknown smuggler in Mexicali, Mexico to be smuggled illegally into the United States, and climbed over the international boundary fence in order to be picked up by Defendant.

In a post-Miranda statement, Defendant admitted, in pertinent part, that he was offered $400.00 by a smuggler in Mexicali to smuggle illegal aliens; that he obtained the vehicle and a telephone from the smuggler after crossing into the United States; and that he saw the illegal entrants on the side of the road and stopped to pick them up.

**III**

**UNITED STATES' MOTION FOR RECIPROCAL DISCOVERY**

To date, the United States has provided Defendant with 57 pages of discovery and a DVD. The United States moves the Court to order Defendant to provide all reciprocal discovery to which it is entitled under Rules 16(b) and 26.2. Rule 16(b)(2) requires Defendant to disclose to the United States all exhibits and documents which Defendant "intends to introduce as evidence in chief at the trial" and a written summary of the names, anticipated testimony, and bases for opinions of experts Defendant intends to call at trial under Rules 702, 703, and 705 of the Federal Rules of Evidence.

**IV**

**CONCLUSION**

For the foregoing reasons, the government respectfully requests that its motion be granted.

DATED: January 14, 2008.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

s/ William A. Hall, Jr.
WILLIAM A. HALL, JR.
Assistant United States Attorney