FILED

08 FEB -6 PM 2:11

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: CP DEPUTY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUIS ENRIQUE GARZA,<br><br>Defendant. | Criminal Case No.07cr3351-IEG<br><br>**ORDER FOR THE RELEASE OF MATERIAL WITNESS:**<br><br>**JOSE JESUS LARA-RENTARIA** |

**ORDER**

Upon the application of Attorney James C. Alvord, representing the above-referenced material witness, and with the consent of the United States Attorney and no objection from the attorney for the defendant in this matter, and good cause appearing, IT IS HEREBY ORDERED:

Material witness, **JOSE JESUS LARA-RENTARIA**, currently held

CR

in U.S. Marshal's custody, shall be released from custody and remanded to US Customs and Border Protection for further proceedings.

**IT IS SO ORDERED.**

**Done in San Diego, California on this day:**

2/6/08

**UNITED STATES JUDGE**

I consent to the release of the material witness **JOSE JESUS LARA-RENTARIA** from custody and his immediate remanding to the United States Immigration and Customs Enforcement Service for further proceedings.

AUSA William A. Hall, Jr.
for UNITED STATES ATTORNEY

Attorney Carey Gorden
for Defendant Luis Enrique Garza

JAMES C. ALVORD, ESQ.
Federal Material Witness Panel