[redacted]

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff

vs.

LUIS ENRIQUE GARZA
Defendant(s)

CRIMINAL NO. 07CR3351-IEG

ORDER

RELEASING MATERIAL WITNESS

Booking No.

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

JOSE JESUS LARA-RENTARIA

DATED: FEB - 7 2008

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED ____________________
DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by J. HASLAM J. Haslam
Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

✯ U.S. GPO: 2003-581-774/70082