PS 8
(8/88)

FILED
MAR - 6 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

# United States District Court
for
## SOUTHERN DISTRICT OF CALIFORNIA

U. S. A. vs. PINOS-GONZALEZ, ANGELES FLORINDA Docket No. 07CR3351-IEG
Register #05746-298

**Petition for Action on Conditions of Pretrial Release**

Comes now Claudia Castro Pretrial Services Officer Assistant presenting an official report upon the conduct of material witness Angeles Florinda Pinos-Gonzalez who was placed under pretrial release supervision by the Honorable Peter C. Lewis sitting in the court at El Centro, on the 30th day of November, 2007, under the following conditions:

Be able to legally remain in the United States during pendency of the proceedings; and report for supervision to the Pretrial Services Agency (PSA) as directed by the assigned Pretrial Services Officer.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

**Condition Violated:** Report for supervision to the Pretrial Services Agency as directed by the assigned Pretrial Services Officer.

1. The material witness failed to report to Pretrial Services as directed on January 21, and 28,2008, February 4, and 11, 2008, and her whereabouts are unknown.

**Grounds for Violation:** On, January 17, 2008, the material witness was instructed to report to Pretrial Services via telephone Monday of every week. The material witness failed to report as directed on January 21, and 28,2008, February 4, and 11, 2008. Additionally, the material witness' whereabouts are unknown.

**PRAYING THAT THE COURT WILL ISSUE A NO-BAIL WARRANT FOR THE MATERIAL WITNESS'S ARREST TO BRING HER BEFORE THE COURT TO SHOW CAUSE WHY HER BOND SHOULD NOT BE REVOKED.**

ORDER OF COURT

Considered and ordered this 27th day of Feb, 2008 and ordered filed and made a part of the records in the above case.

Irma E. Gonzalez
U. S. District Judge Irma E. Gonzalez

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: February 26, 2008

Respectfully,

Claudia Castro
Claudia Castro, U.S. Pretrial Services Officer Assistant

Place El Centro, California

Date February 26, 2008