**CAREY D. GORDEN**
California State Bar No. 236261
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467/Fax: (619) 687-2666
E-Mail: carey_gorden@fd.org

Attorneys for Ms. Luis Enrique Garza

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE IRMA E. GONZALEZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>**LUIS ENRIQUE GARZA**,<br><br>Defendant. | Case No. 07CR3351-IEG<br><br>DATE: April 1, 2008<br>TIME: 2:00 p.m.<br><br>NOTICE OF MOTIONS AND MOTIONS:<br><br>(1) TO COMPEL DISCOVERY;<br>(2) TO DISMISS THE INDICTMENT DUE TO IMPROPER GRAND JURY INSTRUCTION;<br>(3) TO PRECLUDE THE GOVERNMENT FROM PROCEEDING UNDER AN AIDING AND ABETTING THEORY; AND<br>(4) TO GRANT LEAVE TO FILE FURTHER MOTIONS |

TO: KAREN P. HEWITT, UNITED STATES ATTORNEY; AND
WILLIAM HALL, ASSISTANT UNITED STATES ATTORNEY:

PLEASE TAKE NOTICE that on April 1, 2008, at 2:00 p.m., or as soon thereafter as counsel may be heard, the defendant, Luis Enrique Garza, by and through his counsel, Carey D. Gorden, and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the following motions.

/ / /

/ / /

/ / /

# MOTIONS

The defendant, Luis Enrique Garza, by and through his attorneys, Carey D. Gorden, and Federal Defenders of San Diego, Inc., pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order to:

1) Compel discovery;
2) Dismiss the indictment due to misinstruction of the grand jury;
3) Preclude the government from proceeding under an aiding and abetting theory; and
4) Grant leave to file further motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and all other materials that may come to this Court's attention at the time of the hearing on these motions.

Respectfully submitted,

DATED: March 18, 2008

/s/ Carey D. Gorden
**CAREY D. GORDEN**
Federal Defenders of San Diego, Inc.
Attorneys for Ms. Garza