KAREN P. HEWITT
United States Attorney
WILLIAM A. HALL, JR.
Assistant U.S. Attorney
California State Bar No. 253403
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7046/(619) 235-2757 (Fax)
Email: william.a.hall@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUIS ENRIQUE GARZA,<br><br>Defendant(s). | Criminal Case No. 07CR3351-IEG<br><br>DATE: April 1, 2008<br>TIME: 2:00 p.m.<br>Before Honorable Irma E. Gonzalez<br><br>UNITED STATES' RESPONSE TO DEFENDANT'S MOTIONS TO:<br>(1) COMPEL DISCOVERY AND PRESERVE EVIDENCE;<br>(2) DISMISS INDICTMENT DUE TO MISINSTRUCTION OF THE GRAND JURY;<br>(3) TO PRECLUDE THE GOVERNMENT FROM PROCEEDING UNDER AN AIDING AND ABETTING THEORY; AND<br>(4) GRANT LEAVE TO FILE FURTHER MOTIONS |

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and William A. Hall, Jr., Assistant U.S. Attorney, and hereby files its Motion for Reciprocal Discovery in the above-referenced case. Said motion is based upon the files and records of this case together with the attached statement of facts and memorandum of points and authorities.

//

//

//

DATED: March 25, 2008.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

s/ William A. Hall, Jr.
WILLIAM A. HALL, JR.
Assistant United States Attorney