**CAREY D. GORDEN**
California State Bar No. 236251
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
E-Mail: carey_gorden@fd.org

Attorneys for Luis Enrique Garza

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE IRMA E. GONZALEZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. LUIS ENRIQUE GARZA, Defendant. | Case No. 07CR3351-IEG **ACKNOWLEDGMENT OF NEXT COURT DATE** |

I, Luis Enrique Garza, acknowledge that my next court date to appear before the Honorable Irma E. Gonzalez in the United States District Court for the Southern District of California is **Monday, July 21, 2008, at 2:00 p.m.**

I declare that the foregoing is true and correct.

DATED: 6-19-08

Luis Garza
**LUIS ENRIQUE GARZA**
**Defendant**