# INDEX OF EXHIBITS

United States v. Luis Enrique Garza

07CR3351-IEG

**Page**

(Exhibit A) Transcript of Interrogation of Luis Garza . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1