# EXHIBIT A

Transcript of Interrogation of Luis Garza

SOUTHERN DISTRICT OF CALIFORNIA

U.S. ATTORNEY'S OFFICE

# FORENSIC BILINGUAL TRANSCRIPTION AND TRANSLATION

VIDEOTAPED INTERVIEW OF

LUIS ENRIQUE GARZA

## United States vs. LUIS ENRIQUE GARZA
07cr3351-IEG

Prepared for Assistant U.S. Attorney WILLIAM HALL

by

Ruth Monroy, U.S.C.C.I.

## SUMMARY

Videotaped interview of Luis E. Garza

The interview is reproduced on a DVD.

## LEGEND

**LEG** **Luis E. Garza**

**BPV** **Border Patrol Agent Jorge Vega Torres**

[IA]: INAUDIBLE

[OL]: OVERLAP

[UI]: UNINTELLIGIBLE

[*ph*]: PHONETIC

/: Two or more words separated by a "/" are options, due to lack of clarity or specificity in the original language.

[ ]: Text within brackets are inserts by the translator to aid in comprehension. After "you", [*pl*] indicates the plural form used in Spanish.

...: Pause in utterance. Unfinished or interrupted.

***Italics:*** ***Source language is English***

**Normal font:** **Source language is Spanish**

I, Ruth Monroy, Interpreter Certified by the ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS, declare that I am fluent in the English and Spanish languages, and that I transcribed and translated a videotaped recording, the contents of which appear below, to the best of my ability on or about April 15, 2008, in San Diego, CA.

Ruth Monroy, U.S.C.C.I.
(619) 921-9505

| Transcription | Time | | Translation |
|---|---|---|---|
| *'key, the following is a recorded sworn statement under oath, taken by Border Patrol Agent Jorge Vega Torres at the Calexico, California Border Patrol Station, and it's been [sic] witnessed by Border Patrol Agent Seth [ph] Sedano. The statement is being given by Luis Enrique Garza, a defendant in the case of himself for 8 USC 1324, alien smuggling. The date is November 27, 2007, and the time is 7:37 PM.* Señor, usted entiende que nuestra conversación está siendo grabada, ¿verdad? | | ***BPV*** | *'key, the following is a recorded sworn statement under oath, taken by Border Patrol Agent Jorge Vega Torres at the Calexico, California Border Patrol Station, and it's been [sic] witnessed by Border Patrol Agent Seth [ph] Sedano. The statement is being given by Luis Enrique Garza, a defendant in the case of himself for 8 USC 1324, alien smuggling. The date is November 27, 2007, and the time is 7:37 PM.* Sir, you understand that our conversation is being recorded, right? |
| Sí, señor. | | ***LEG*** | Yes, sir. |
| Okey, señor. Yo soy un oficial del Departamento de Segurdad [sic] Interna de los Estados Unidos, autorizada por la ley para administrar juramentos y tomar testimonios con relación a la ejecución de las leyes de inmigración y naturalización de los Estados Unidos. Yo deseo tomar una declaración bajo juramento, tocante a que usted haber [sic] pasado a gente de contrabando ilegalmente en los Estados Unidos. Pero antes de que le hagamos cualquier pregunta, usted debe de comprender sus derechos. Usted tiene el derecho de guardar silencio y cualquier cosa que usted pueda dec-... cualquier cosa que usted diga, puede ser usada en su contra en un juzgado de leyes o en cualquier procedimiento administrativo o de inmigración. Usted tiene el derecho de hablar con un abogado para que le | | ***BPV*** | Okay, sir. I am an official from the Department of Homeland Scurity [sic] of the United States, authorized by law to administer oaths and take testimony with regard to the execution of the immigration and naturalization laws of the United States. I wish to take a statement under oath, regarding that you to have [sic] smuggled people illegally in the United States. But before we ask you any question, you must understand your rights. You have the right to remain silent and anything that you may sa-...anything you say, can be used against you in a court of laws or in any administrative or immigration procedure. You have the right to talk to an attorney so that he can advise you before we ask you any question. And to have him present present |

| Transcription | Time | Translation |
| --- | --- | --- |
| hablar con un abogado para que le aconseje a usted antes de que le hagamos alguna pregunta. Y de tenerlo presente con usted ante-durante las preguntas. Si usted no tiene el dinero para emplear a un abogado, se le puede proporcionar uno antes de que le hagamos alguna pregunta si usted lo desea. Y si usted decide a contestar nuestras preguntas ahora, sin un abogado presente, usted siempre tendrá el derecho de dejar de contestar cuando guste. Usted también tiene el derecho de dejar de contestar cuando guste hasta que pueda hablar con un abogado. ¿Entiende usted estos derechos? | | present with you before-during the questions. If you do not have the money to employ an attorney, one can be provided to you before we ask you a question if you wish. And if you decide to answer our questions now, without an attorney present, you will always have the right to stop answering when you wish. You also have the right to stop answering when you wish whenever you like until you can speak to an attorney. Do you understand these rights? |
| Sí. | ***LEG*** | Yes. |
| ¿Y está usted dispuesto a contestar a mis preguntas ahora, bajo juramento, sin la presencia de un abogado? | ***BPV*** | And are you willing to answer my questions now, under oath, without the presence of an attorney? |
| Sí. | ***LEG*** | Yes. |
| Okey, señor, levante la mano derecha, por favor. Okey. ¿Jura solemnemente que todas declaraciones que va a decir serán la verdad, toda la verdad y nada más que la verdad, que Dios le ayude? | ***BPV*** | Okay, sir, raise your right hand, please. Okay. Do you solemnly swear that all of the statements you are going to say will be the truth, the whole truth and nothing but the truth, may God help you? |
| Lo juro. | ***LEG*** | I swear. |
| Okey, baje la mano, por favor. Okey, señor, dígame su nombre correcto y completo. | ***BPV*** | Okay, lower your hand, please. Okay, sir, tell me your correct and complete name. |
| Luis Enríque Garza. | ***LEG*** | Luis Enrique Garza. |
| Okey, Luis Enrique y-¿cuál es su fecha de nacimiento? | ***BPV*** | Okay, Luis Enrique and-what's your date of birth. |
| Octubre 10, 1989. | ***LEG*** | October 10, 1989. |

| Transcription | Time | | Translation |
|---|---|---|---|
| Okey. *So,* ¿cuántos años tiene usted? | | ***BPV*** | Okay, so how old are you? |
| 18 años. | | ***LEG*** | 18. |
| 18 años. Okey. Y, ¿dónde nació usted? | | ***BPV*** | 18 years old. Okay. And, where were you born? |
| En San Diego, California. | | ***LEG*** | In San Diego, California. |
| San Diego, California. *So,* ¿de qué país es usted ciudadano o nacional? | | ***BPV*** | San Diego, California. So, what country are you a citizen or national of? |
| Aquí, de Estados Unidos. | | ***LEG*** | Here, the United States. |
| Okey. *So,* es ciudadano americano usted. | | ***BPV*** | Okay. So you're an American citizen. |
| Soy ciudadano americano. | | ***LEG*** | I'm an American citizen. |
| Okey. Okey, señor, ¿reconoce usted esta identificación? | | ***BPV*** | Okay. Okay, sir, do you recognize this identification? |
| Sí, es mi *permit.* | | ***LEG*** | Yes, it's my permit. |
| *¿Es su qué?* | | ***BPV*** | It's your what? |
| Es mi *driving permit...* | | ***LEG*** | It's my driving permit... |
| [OL] *Driver permit.* | | ***BPV*** | [OL] Driver permit. |
| [OL] ... de Ohio. | | ***LEG*** | [OL] ...from Ohio. |
| ¿Perdón? | | ***BPV*** | What? |
| De Ohio. | | ***LEG*** | From Ohio |
| ¿Es su ma-es su licencia de manejar? | | ***BPV*** | It's you dri-is it your driver's license? |
| Es un *permit.* | | ***LEG*** | It's a permit. |
| Ah, ¿el permiso? | | ***BPV*** | Oh, the permit? |
| Ajá. | | ***LEG*** | Uh huh. |
| ¿Y qué es lo que tiene allí? Su foto, ¿y qué más? | | ***BPV*** | And what does it have there? Your photo, and what else? |
| Foto, mi fecha de nacimiento, color de pelo, color de ojos, [UI] | | ***LEG*** | Photo, my date of birth, hair color, eye color, [UI] |
| [OL] ¿Y cuál es su fecha de nacimiento allí? | | ***BPV*** | [OL] And what's your date of birth there? |
| Octubre 10, 1989. | | ***LEG*** | October 10, 1989. |

| Transcription | Time | | Translation |
|---|---|---|---|
| Okey. Permítemela. Okey. Y, este número social es el 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. ¿Lo reconoce usted? | | ***BPV*** | Okay. Let me see it. Okay. And this social security number is 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. Do you recognize it? |
| Sí. | | ***LEG*** | Yes. |
| ¿De quién es este número social? | | ***BPV*** | Whose social number is that? |
| Es mió. | | ***LEG*** | It's mine. |
| ¿Es suyo? | | ***BPV*** | It's yours? |
| Sí. | | ***LEG*** | Yes. |
| Okey. Okey, señor, y usted dice que es-es ciudadano americano, ¿correcto? | | ***BPV*** | Okay. Okay, sir, and you say that you're-you're an American citizen, right? |
| Sí. | | ***LEG*** | Yes. |
| ¿Esta es su-su acta de nacimiento? | | ***BPV*** | Is this your-your birth certificate? |
| Sí. | | ***LEG*** | Yes. |
| Véala para que la reconozca. ¿Es suya? | | ***BPV*** | Look at it so you can recognize it. Is it yours? |
| Sí. | | ***LEG*** | Yes. |
| ¿Se le rompió o qué, oiga? | | ***BPV*** | Hey, did it tear or what? |
| Estába... no estaba rompido [sic], lo-lo acaban de romper ahorita en... | | ***LEG*** | It was... it wasn't torned [sic], they-they just tore it right now in... |
| Ah, okey. ¿Pero es la suya? | | ***BPV*** | Oh, okay. But is it yours? |
| Sí, sí es la mía.. | | ***LEG*** | Yes, yes it's mine. |
| Okey. Okey, señor. Ahhm, ¿en... [clears throat] Okey, señor. ¿Entiende usted por qué lo detuvo la Patrulla Fronteriza hoy a usted? | | ***BPV*** | Okay. Okay, sir, uhm, in... [clears throat] Okay, sir. Do you understand why the Border Patrol arrested you today? |
| Sí. | | ***LEG*** | Yes. |
| ¿Por qué? | | ***BPV*** | Why? |
| Por... trafican-... ¿Cómo me dijo? De-de personas. | | ***LEG*** | For... traffick... How did you tell me? Of-of people. |
| [OL] ¿Tráfico de indocumentados? | | ***BPV*** | [OL] Undocumented [people] smuggling? |

| Transcription | Time | | Translation |
|---|---|---|---|
| [UI][OL] ... de indocumentados. | | ***LEG*** | [UI][OL]... of undocumented people. |
| Okey. ¿Y entiende usted qué es eso? | | ***BPV*** | Okay. And do you understand what that is? |
| Pues... pasando ílegales. | | ***LEG*** | Well... crossing illegal [aliens]. |
| Okey. ¿Y cómo fue que sucedió esto, señor? Aquí- esta es su oportunidad para que usted diga lo que sucedió hoy. Usted, por ejemplo, nació, dice, que en San Diego, California. | | ***BPV*** | Okay. And how was it that this happened, sir? Here-this is your opportunity for you to say what happened today. You, for example, said you were supposedly born in San Diego, California. |
| En San Diego. | | ***LEG*** | In San Diego. |
| Y vive, ¿en Ohio? | | ***BPV*** | And you live, in Ohio? |
| En Ohio. | | ***LEG*** | In Ohio. |
| Okey. *So,* ¿qué es lo que andaba haciendo hoy acá en Calexico, California. | | ***BPV*** | Okay. So what were you doing today over here in Calexico, California? |
| Pues yo, yo [UI] en Calexico para-pa' hablar con mi jefa porque el teléfono que tengo, cuando hablo de Mexicali, no agarra el teléfono de ella. Yo [UI]... | | ***LEG*** | Well, I, I [UI] in Calexico to-so I could talk to my mom 'cause the phone I have, when I call from Mexicali, it won't call her phone. I [UI] |
| [OL] *So,* ¿dónde estaba usted entonces? | | ***BPV*** | So, where were you then? |
| ¿Cómo? | | ***LEG*** | What? |
| ¿'Onde empezó tu-su dia? | | ***BPV*** | Where'd you start your-your day? |
| Pues, en Mexicali, yo [UI] | | ***LEG*** | Well it was in Mexicali. I [UI] |
| [OL] Ah, en Mexicali. | | ***BPV*** | [OL] Oh, in Mexicali. |
| [OL] pasando a Mexicali. | | ***LEG*** | [OL] crossing into Mexicali. |
| Ah, okey. *So,* estaba usted en Mexicali. | | ***BPV*** | Oh, okay. So you were in Mexicali. |
| Estoy en Mexicali. | | ***LEG*** | I'm in Mexicali. |
| Okey. | | ***BPV*** | Okay. |

| Transcription | Time | | Translation |
|---|---|---|---|
| Nomás que ai', ya ayer un bato me dijo nomás que... Pues el bato me sacó acá y me... mira, me compró tenis, el [UI] y todo eso. Y ahora me dijo que le hiciera un paro nomás... de manejar un carro. Y me dió el teléfono y todo. | | ***LEG*** | But it's just that yesterday already, this dude, told me to just... Well, the dude brought me here, and he... look, he bought me some tennis shoes, the [UI] and all that. And today he asked me to do a favor for him is all... to drive a car. And he gave me the phone and all. |
| *So,* una persona... ¿qué le dijo él? ¿Su amigo? | | ***BPV*** | So a person... what did he say to you? Your friend? |
| No, no lo conocía muy acá. | | ***LEG*** | No, I didn't know him too well. |
| [OL] No lo conocía. | | ***BPV*** | [OL] You didn't know him. |
| Pero es que 'ira, yo ya llevo como cuatro meses aquí, porque me vine para acá porque se- andaba con un camarada, y [UI] | | ***LEG*** | But it's 'cause, look, I've already been here like for about four months, 'cause I came down here 'cause this-I was hanging around with this guy, and [UI] |
| [OL] *So,* tiene usted cuatro meses viviendo en Calexico. | | ***BPV*** | [OL] So it's four months that you've been living in Calexico. |
| Ah-en Mexicali. | | ***LEG*** | Uh, in Mexicali. |
| En Mexicali. | 04:46 | ***BPV*** | In Mexicali. |
| Y luego mi je-mi jefa no ha podido juntar el dinero para que me mande pa'trás, pa'l avión. | | ***LEG*** | And then my m-my mom hasn't been able to get the money together to send me back, for the airfare. |
| Okey. | | ***BPV*** | Okay. |
| Y, pues, a mí se me hizo facil, pa'... el bato me andaba diciendo que me iba a dar cuatrocientos dólares. Y, yo, pues, pa' tratar de irme pa' atrás, pa' Ohio, pues... | | ***LEG*** | And, well, it seemed like an easy answer to... the dude was telling me that he'd give me four hundred dollars. And I, well, so I could try and get back to Ohio, so ... |
| Okey. | | ***BPV*** | Okay. |
| ... tomé la decisión. | | ***LEG*** | ... I made the decision. |
| *So,* él le ofrece ese trabajo. | | ***BPV*** | So he offers you that job. |
| Ajá. | | ***LEG*** | Uh huh. |

| Transcription | Time | | Translation |
|---|---|---|---|
| Le dice que si usted puede ir a levantar... ¿Qué le dijo? | | **BPV** | He says if you can go pick up... What'd he tell you? |
| No, nada más que le hiciera un paro y recogiera a una gente, pero no me dijo nada más. Yo no-no sabía que era, así, en la línea. Nada más dijo, "Tú síguele derecho, y yo te voy a decir cuándo." Y ya él me dijo cuándo y... | | **LEG** | No, just for me do to him a favor and pick up some people, but he didn't say anything else. I didn't-I didn't know it was, like that, at the border. He just told me, "Keep driving straight and I'll tell you when." And that was it, he told me when, and... |
| Okey. | | **BPV** | Okay. |
| Y fue cuando miré la gente a la derecha. | | **LEG** | And that's when I saw the people to the right. |
| Okey. *So,* usted iba a levantarlos y ¿cómo sabía usted a qué lugares le-levantar los indocumentados? | | **BPV** | Okay. So you were going to pick them up, and how did you know what places to pi-pick up the undocumented persons? |
| No sabía. Pues yo na'- allí mismo en Calexico, pues allí está la calle cerquita. | | **LEG** | I didn't know. I just-right there in Calexico, the street's right there close by. |
| [OL] Okey. | | **BPV** | [OL] Okay. |
| Y el bato nada más me dijo, "Traes el carro, toma, llévatelo pa' allá." | | **LEG** | And the dude just told me, "You've got the car, here, take it over there." |
| Okey. Vamos a empezar entonces. Estaba usted en Mexicali. | | **BPV** | Okay. Let's start then. You were in Mexicali. |
| Ajá. | | **LEG** | Uh huh. |
| ¿Cuándo lo... usted dice que ayer conoció a esta persona? | | **BPV** | When did... you're saying that you met this person yesterday? |
| Ayer 'on-... ajá, ayer. | | **LEG** | Yesterday whe- uh-huh, yesterday. |
| ¿Y cómo le decía usted a él? O, ¿cómo le llamaba? | | **BPV** | And how did you refer to him? Or how'd you call him? |
| Pues, no, no tengo nombre. No tenía nombre. No lo conocía con un nombre. | | **LEG** | Well, no, I don't have a name. He didn't have a name. I didn't know him by a name. |

| Transcription | Time | | Translation |
|---|---|---|---|
| ¿Sobrenombre? | | **BPV** | Nickname? |
| Tampoco. | | **LEG** | Not that either. |
| Nada. Okey. Un hombre. | | **BPV** | Nothing. Okay. A man. |
| Él sí me conoce a mí. | | **LEG** | He does know me. |
| Okey. *So,* él... | | **BPV** | Okay. So he... |
| Pero por Luis na'más. | | **LEG** | But just as Luis, that's all. |
| Entonces él a usted le dice Luis, y le ofrece un trabajo. | | **BPV** | So he calls you Luis, and he offers you a job. |
| Sí. | | **LEG** | Yeah. |
| De que si usted iba a levantar indocumentados, que él le pagaba a usted, ¿cuánto? | | **BPV** | That if you went to pick up undocumented people, that he would pay you, how much? |
| No, pero el no me dijo de indu- indocumentados, nada más recoger a una gente. | | **LEG** | No, but he didn't say anything about undoc-undocumented people, just to pick up some people. |
| [OL] *So,* [UI] | | **BPV** | [OL] So, [UI] |
| Y él me... y a mí se me hizo facil, porque me dijo te voy a dar cuatrocientos dólares. Y yo, con tal de irme pa' Ohio con-'on 'sta- 'sta mi familia, pues [UI] | | **LEG** | And he... and I didn't think it over much 'cause he told me, "I'm going to give you four hundred dollars. And I- so I could leave to go to Ohio with-where-where my family is, well [UI]. |
| [OL] Señor, fíjate lo que le voy a decir, ¿okay? Usted cómo puede decir... usted estaba ya aquí en la frontera, ¿no? Sabe usted lo que sucede aquí en la frontera todos lo días, ¿no? | | **BPV** | [OL] Sir, listen to what I'm going to tell you, okay? How can you say...you were already here at the border, right? You know what happens here on the border every day, right? |
| Sí. | | **LEG** | Yes. |
| Okey. ¿Y usted realmente quiere estar, quiere usted decir, bajo juramento, que usted no sabía lo que andaba haciendo? | | **BPV** | Okay. And you really want to be, you want to say, under oath, that you didn't know what you were doing? |
| Sí, pero es que no me dijo dónde. Yo-yo nomás estaba siguiendo la carretera y... | | **LEG** | Yeah, but, it's 'cause he didn't tell me where. I-I was just following the road and... |

| Transcription | Time | | Translation |
|---|---|---|---|
| [OL] Y, ¿ por qué no... | | ***BPV*** | [OL] And why didn't... |
| ... por ai' me dijo, y ya cuando... O sea, yo supe ya cuando ya andaba allí, pues. | | ***LEG*** | ... he said go there, and then when... In other words, I didn't find out until I was already there, is what I mean. |
| Okey. Que no sabía dónde, ese es una cosa, a lo mejor no sabía el tiempo y la hora [sic] pero usted bien sabía lo que iba a levantar. | | ***BPV*** | Okay. Your not knowing where, is one thing, maybe you didn't know the time and the hour [sic], but you knew full well what you were going to pick up. |
| No! Es que... | | ***LEG*** | No! It's 'cause... |
| [OL] Iba a levantar gente. | | ***BPV*** | [OL] You were going to pick up people. |
| [OL] ...[UI] gente en la barda. | | ***LEG*** | [OL] ...[UI] people at the fence. |
| [OL] No sabía lo que iba a levantar. | | ***BPV*** | [OL] You didn't know what you were going to pick up. |
| [OL] Yo me imaginaba que iba por la carretera esa, que iba así, guiando derecho. Pero me dijo, "Ahí están, levántalos." Y pues yo... pues lo hice na'más, sin pensarla, ¿verdad? | | ***LEG*** | [OL] I imagined that I was going down that road, that I was going to go, like this, driving straight. But he told me, "There they are, pick them up." And so I... well I just did it, without thinking about it, right? |
| ¿Sin pensarla? | | ***BPV*** | Without thinking about it? |
| Pues, es que ocupaba el dinero. | | ***LEG*** | Well, it's 'cause I needed the money. |
| Okey. | | ***BPV*** | Okay. |
| Le estoy diciendo que aquí no tengo a nadie aquí. | | ***LEG*** | I'm telling you I don't have anyone here. |
| *So,* ¿él le iba a dar cuatrocientos dólares para que levantara personas? | | ***BPV*** | So, he was going to give you four hundred dollars for you to pick people up? |
| Ajá, [UI]. | | ***LEG*** | Uh huh. [UI] |
| [OL] Eso es lo que quiere decir. | | ***BPV*** | [UI] That's what you want to say. |
| Pues, sí. | | ***LEG*** | Well, yes. |
| ¿Está seguro? | | ***BPV*** | You're sure? |
| Seguro. Fue lo que mismo... me [UI] cuatrocientos dólares nomás.[UI]. | | ***LEG*** | Sure. It was the same that... I [UI] just four hundred dollars [UI]. |

| Transcription | Time | | Translation |
|---|---|---|---|
| [OL] Porque no hay ninguna diferencia, señor. No hace ninguna diferencia. Es mejor que hable con la verdad. | | ***BPV*** | [OL] Because there's no difference, sir. It doesn't make any difference. It's better if you say the truth. |
| ¿Cómo que no hace ninguna diferencia? | | ***LEG*** | What do you mean it doesn't make any difference? |
| Sí. Si sabía usted o no sabía si... qué es lo que iba a levantar. | | ***BPV*** | Yes. If you knew or didn't know if...what it was you were going to pick up. |
| Es que, entiende que él realmente me dijo, "Tú vas a levantar a una-una gente." n'amás. | | ***LEG*** | It's 'cause, understand that he really told me, "You're going to pick up a-some persons." That's all. |
| Ajá. | | ***BPV*** | Uh huh. |
| Y la vas a llevar a otro lado. | | ***LEG*** | And you're going to take them someplace else. |
| Okey. | | ***BPV*** | Okay. |
| Pero yo me imagine que iba a ser una casa. Cuando me [UI] yo pensé que ibamos a ir más derecho, para una casa, pero él me dijo, "No, aquí están. Acá, doblar." Porque según, me andaba siguiendo. | | ***LEG*** | But I thought it was going to be a house. When I [UI] I thought we were going to go straight further, to a house, but he told me, "No, they're here. Turn over here." 'Cause supposedly he was following me. |
| Okey. *So,* estaba usted- sé que estaban... | | ***BPV*** | Okay. So you were- I know you [pl.] were... |
| [OL] Él me dijo que me andaba siguiendo, según él, dijo que me andaba siguiendo. | | ***LEG*** | [OL] He told me that he was following me, according to him, he said he was following me. |
| Cuándo estaba- usted estaba en Mexicali, ¿sí? | | ***BPV*** | When you were- you were in Mexicali, right? |
| Ajá. Yo [UI] | | ***LEG*** | Uh huh. I [UI] |
| [OL] Y allá hace usted el trato. | | ***BPV*** | [OL] And you made the deal over there. |
| No, yo... cuando... | | ***LEG*** | No, I... when... |
| [UI] que le dijo que le iban a dar cuatrocientos. | | ***BPV*** | [UI] when he told you that you would be given four hundred. |
| Ajá, ayer. | | ***LEG*** | Uh huh, yesterday. |

| Transcription | Time | | Translation |
|---|---|---|---|
| Por eso, es el trato. | | ***BPV*** | That's what I mean, that's the deal. |
| Ajá. | | ***LEG*** | Uh huh. |
| Okey. ¿Y luego qué pasa? | | ***BPV*** | Okay. And then what happens? |
| No, ayer no me dijo nada. Ahora me lo dijo. | | ***LEG*** | No, yesterday he didn't say anything. He told me today. |
| Oh, perdón. | | ***BPV*** | Oh, sorry. |
| No te acuerdas que yo dije, ahora yo vine pa' acá, pa' hacer la llamada. | | ***LEG*** | Don't you remember I said, today I came over here to make the call. |
| Okey, *so* usted viene acá a... ¿Cruzó la frontera a qué? | | ***BPV*** | Okay, so you come over here to... You crossed the border for what? |
| Para hacer una llamada. | | ***LEG*** | To make a call. |
| Para hacer una llamada. | | ***BPV*** | To make a call. |
| Ajá. Es que mi teléfono de-de Mexicali no agarra y no agarra el celular de mi jefa. | | ***LEG*** | Uh huh. It's 'cause my phone from-from Mexicali won't go through and it won't call my mom's cell phone. |
| Okey. *So* usted cruza... | | ***BPV*** | Okay. So you cross... |
| [OL] Yo vine para acá y el bato y me lo volví a topar y me dijo que, "¿Te quieres ganar una feria?" | | ***LEG*** | [OL] I came over here and I ran into the dude again and he asked me if, "You wanna make some money?" |
| Ajá. | | ***BPV*** | Uh huh. |
| Yo le dije, "Pues, sí." | | ***LEG*** | And I said, "Well, yeah." |
| Okey. | | ***BPV*** | Okay. |
| Y pues el bato me dijo, "Nada más vas a ir a levantar una gente y los vas a dejar allá en... en una tienda acá, yo te voy a decir dónde. Dije, "Ah, bueno, pues está bien." | | ***LEG*** | And well the dude said to me, "You're just gonna go pick up some people and you're gonna drop 'em off at... at a store over here, I let you know where." I said, "Oh, okay, that's fine." |
| Okey. | | ***BPV*** | Okay. |
| Ya cuando iba caminando pa' allá, y me dijo, "Aquí está. Aquí está de volada, agárralos. | | ***LEG*** | And then when I was already on my way there, he told me, "It's here. It's here, right here. Get them." |
| [OL] Y ya se dió cuenta usted que eran indocumentados. | | ***BPV*** | [OL] And then you realized that they were undocumented persons. |

| Transcription | Time | | Translation |
|---|---|---|---|
| [OL] Y ya, pues allí me dí cuenta. | | ***LEG*** | [OL] And that's when I, well, I realized it. |
| ¿Eh? | | ***BPV*** | Huh? |
| Pues allí me dí cuenta que eran indocumentados, pues ai' andaban arrastrados en el piso. | | ***LEG*** | Well, I realized then that they were undocumented, 'cause they were there dragging themselves on the ground. |
| Okey. So estaba usted en Calexico. ¿Cruzó caminando o en carro o en qué? | | ***BPV*** | Okay. So you were in Calexico. Did you walk across or in a car or in what? |
| Caminando. | | ***LEG*** | Walking. |
| *So,* usted... ¿por qué garita? ¿Por cuál garita? | | ***BPV*** | So you... through what port of entry? Through which port of entry? |
| ¿Cómo por cuál garita? | | ***LEG*** | What do you mean which port of entry? |
| Sí, usted cruzó por la garita de El Centro, o ¿por la garita que está allá... | | ***BPV*** | Yes, you crossed through the El Centro Port of Entry or through the port of entry that's over there... |
| [OL] Allí. | | ***LEG*** | [OL] There. |
| [OL] ...en Calexico. | | ***BPV*** | [OL] ...in Calexico. |
| En Calexico. | | ***LEG*** | In Calexico. |
| Por eso, ¿en cuál garita? Calexico tiene dos garitas. ¿Sí? | | ***BPV*** | That's what I mean, which port of entry? Calexico has two ports of entry. Right? |
| Ah, o... Hay una garita nueva, ¿no? | | ***LEG*** | Oh, or... There's a new port of entry, right? |
| [OL] La vieja y la nueva. | | ***BPV*** | [OL] The old one and the new one. |
| Ah, por la vieja. | | ***LEG*** | Oh, through the old one. |
| Okey, cruza usted por la vieja, por la garita vieja. | | ***BPV*** | Okay, you cross through the old one, throught the old port of entry. |
| [IA] | | ***LEG*** | [IA] |
| Cruza usted y usted iba a pie. | | ***BPV*** | You cross and you were on foot. |
| Ajá. | | ***LEG*** | Uh huh. |
| Okey. Y, ¿cómo usted iba a levantar esos, esa gente? Los intecumentados [sic]. | | ***BPV*** | Okay. And, how were you going to pick up those, those persons? The intecumented [sic] people. |
| Pues entonce aquél él me dió un carro. | | ***LEG*** | Well, then that guy gave me a car. |

| Transcription | Time | | Translation |
|---|---|---|---|
| Ah, so él le dió un carro a usted. | | **BPV** | Oh, so he gave you a car. |
| Ajá, pues yo no sabía-él me dijo, "'Ora, toma, aquí está el carro." | | **LEG** | Uh huh, 'cause I didn't know-he said to me, "Come on, take it, here's the car." |
| Okey. Y, ¿qué carro, qué clase de carro era? | | **BPV** | Okay. And what car, what kind of a car was it? |
| Un Crowne Victoria. | | **LEG** | A Crowne Victoria. |
| Okey. So un Crowne Victoria le da a usted. Y, ¿qué color? | | **BPV** | Okay. So he gives you a Crowne Victoria. And, what color? |
| Guinda. | | **LEG** | Cerise [Wine color]. |
| Guinda. So, ¿dónde le dió este carro a usted? | | **BPV** | Cerise. So where did he give this car to you? |
| Ahí mismo, en Calexico. | | **LEG** | Right there, in Calexico. |
| ¿En dónde? | | **BPV** | Where? |
| Donde está *Jack in the Box.* | | **LEG** | Where the Jack in the Box is. |
| En *Jack in the Box. So,* le da él los carro a usted y usted, ¿qué hace? | | **BPV** | At the Jack in the Box. So he gives you the car, and what do you do? |
| Pues me dijo maneja, pues, "Maneja pa' acá. Yo te voy a estar siguiendo. Yo te voy a decir donde está la gente. Pues le-siguiendo derecho." Y pues allí estaba en corto. | | **LEG** | Well, he told me to drive, "Drive over towards here. I'm going to be following you. I'm going to tell you where the people are. Well, you-keep going straight." And, well, it was there, close by. |
| Okey. So usted es- Okey, estaba usted en *Jack in the Box* , ¿sí? | | **BPV** | Okay. So you we-... Okay, you were at Jack in the Box, right? |
| Ajá. | | **LEG** | Uh huh. |
| Le dan su carro. | | **BPV** | You're given your car. |
| Ajá. | | **LEG** | Uh huh. |
| Dijo, "[UI] el carro." | | **BPV** | He said, "[UI] the car." |
| [IA] | | **LEG** | [IA] |
| El guinda. | | **BPV** | The wine colored car. |
| Sí. | | **LEG** | Yes. |

| Transcription | Time | | Translation |
|---|---|---|---|
| ¿Y qué más le dieron? Dijo usted que le dieron un radio, ¿no? | | **BPV** | And what else were you given? You said you were given a radio, right? |
| El teléfono. | | **LEG** | The telephone. |
| Ah, el teléfono. | | **BPV** | Oh, the telephone. |
| Eso me lo dieron ayer. | | **LEG** | That was given to me yesterday. |
| Okey. So le dan el radio y le dan las llaves, y usted, ¿qué hace allí? ¿Cuál es la ruta que toma? Díganos. Estaba en *Jack in the Box*, ¿qué ruta toma? | | **BPV** | Okay. So you're given the radio and you're given the keys, and you... What do you do there? What route do you take? Tell us. You were at the Jack in the Box, what route do you take? |
| Pues, a la... es la-la calle es la Tercera, se me hace, ¿no? | | **LEG** | Well, it's.. it's the...-the street is Third, I think, right? |
| Mm hm. | | **BPV** | Uh huh. |
| Y, pues, a mano derecha y todo derecho. Si, ¿no? Todo derecho [UI] sale aquí a la Tercera. Todos [UI] pero nada más me dijo, "Tú nomás... yo te voy a decir..." Y pues ya me- lo [UI]... guiando. | | **LEG** | And, well, on the/turn right and then continue straight all the way. Yeah, right? Straight down [UI] you come out here on Third. All the [UI] but he just told me, "You just... I'm gonna tell you..." And, well, he-I [UI] ... guiding. |
| Okey. So usted iba todo en la Calle Tercera. | | **BPV** | Okay. So you were driving all on Third Street. |
| Ajá. | | **LEG** | Uh huh. |
| Y, ¿luego? | | **BPV** | And then? |
| Y pues yo, pues pa' la derecha, y todo derecho... y a donde estaba la gente. | | **LEG** | And, well, I, well, to the right, and straight all the way... and to where the people where. |
| Entonces es la Calle Segunda. | | **BPV** | Then it's Second Street. |
| Ah, es la Segunda, sí, sí. | | **LEG** | Oh, it's Second, yeah, yeah. |
| Okey. *So*, usted sale *Jack in the Box*, agarra la Calle Segunda. | | **BPV** | Okay. So you leave Jack in the Box, you get on Second Street. |
| No. Agarr-eh agarré la Calle Tercera, y agarré la Beach pa' abajo. | | **LEG** | No. I got-uh, I got onto Third Street, and I drove down on Beach. |
| Ajá. | | **BPV** | Uh huh. |

| Transcription | Time | | Translation |
|---|---|---|---|
| Y ya fue cuando agarré la Segunda pa' allá. | | ***LEG*** | And that's when I took Second towards there. |
| Okey, *so*, usted va en la Calle Tercera... | | ***BPV*** | Okay, so you're on Third Street... |
| [IA] | | ***LEG*** | [IA] |
| ...llega a la-a la Avenida Beach. | | ***BPV*** | ... you get to-to Beach Avenue. |
| Ajá, a la Beach, y a la mano derecha y a mano izquierda... y ya pa' don- pa' allá, donde estaban. | | ***LEG*** | Uh huh, to Beach, and then right and then left... and then to whe-there, where they were. |
| Ah, okey. *So* usted, ya venía en la Calle Tercera, baja en la Calle Beach, y luego [UI] hacia Calle Segunda. | | ***BPV*** | Oh, okay. So you, you were already on Third Street, you come down on Beach, and then [UI] towards Second Street. |
| Ajá. | | ***LEG*** | Uh huh. |
| Okey. ¿En algún momento usted se detuvo? | | ***BPV*** | Okay. Did you stop at any moment? |
| No. | | ***LEG*** | No. |
| ¿O siguó usted? Desde *Jack in the Box* siguió derecho. | | ***BPV*** | Or did you continue? From the Jack in the Box you continued going straight. |
| Sí. | | ***LEG*** | Yes. |
| ¿Nunca se detuvo? | | ***BPV*** | You never stopped? |
| No. | | ***LEG*** | No. |
| ¿Nunca se estacionó? | | ***BPV*** | You never parked? |
| Oh, sí me estacioné, en un apartamento, en unos departamentos na'más. | | ***LEG*** | Oh, I did park, at an apartment, just at some apartments. |
| ¿Y qué estabas haciendo allí, señor? | | ***BPV*** | And what were you doing there, sir? |
| Pues me... andaba esperando na'más que me dijeran. | | ***LEG*** | Well, I... I was just waiting to be told. |
| ¿Y-y él, dónde estaba? | | ***BPV*** | And-and where was he? |
| Pues lo, eh, no sé. Me dijo, "Yo te ando mirando." Porque según, él dijo que andaba atrás de mí. | | ***LEG*** | Well, I, uh, I don't know. He told me, "I'm watching you." Because, supposedly, he told me he was behind me. |
| Okey. *So*, okey. *So* le está diciendo a usted, "Ey, yo ando atrás de tí." | | ***BPV*** | Okay. So, okay. So he's telling you, "Hey, I'm behind you." |

| Transcription | Time | | Translation |
|---|---|---|---|
| [OL] Ey, ando atrás de tí. | | ***LEG*** | [OL] Yeah, I'm behind you. |
| Okey. Estaba usted estacionado todavía allí. | | ***BPV*** | Okay. You were still parked there. |
| Ajá. | | ***LEG*** | Uh huh. |
| Okey. ¿De allí qué hace usted? ¿Qué le dicen, o qué? ¿Cómo empieza todo? | | ***BPV*** | Okay. From there, what do you do? What are you told or what? How does everything begin? |
| No, pues, él hace, "Ya vamos a recoger la gente. Estoy atrás de tí." Y así, "dale para aquí o por acá." | | ***LEG*** | No, well, he goes, "We're going to go pick up the people now. I'm behind you." And like that, "go this way or through here." |
| *So*, él le dice, "Estoy atrás de tí. | 10:53 | ***BPV*** | So he tells you, "I'm behind you." |
| Ajá. | | ***LEG*** | Uh huh. |
| ¿Y qué hace usted? ¿Y él está atrás de usted? | | ***BPV*** | And what do you do? And is he behind you? |
| No... No, pues no creo. | | ***LEG*** | No... No, well, I don't think so. |
| Pues, ¿no está diciendo usted que estaba atrás... | | ***BPV*** | Well, aren't you saying that he was behind... |
| [OL] Pues, dijo que andaba atrás de mí, pero no ví ningún... | | ***LEG*** | [OL] Well, he said he was behind me, but I didn't see any... |
| [OL] Cuando usted estaba estacionado. | | ***BPV*** | [OL] When you were parked. |
| ¿Mande? | | ***LEG*** | What? |
| Cuando usted estaba estacionado. | | ***BPV*** | When you were parked. |
| Ajá. | | ***LEG*** | Uh huh. |
| Okey. | | ***BPV*** | Okay. |
| Dijo que andaba por atrás de mí, dijo. Pero... | | ***LEG*** | He said he was behind me, he said. But... |
| [OL] Ah, pero... | | ***BPV*** | [OL] Oh, but... |
| [OL] no estaba atrasito de mí. Pues yo no lo miraba, pues. Pero él dijo, "Sí, acá ando atrás de tí." | | ***LEG*** | [OL] he wasn't right behind me. Well, I didn't see him. But he said, "Yeah, I'm here, behind you." |
| Ah, okey. *So*, dice ... | | ***BPV*** | Oh, okay. So, he says ... |

| Transcription | Time | | Translation |
|---|---|---|---|
| [OL] Pero, no, yo no lo miraba. | | **LEG** | [OL] But, no, I didn't see him. |
| [OL] ...ando atrás de tí. | | **BPV** | [OL] ... I'm behind you. |
| Ajá. | | **LEG** | Uh huh. |
| Usted le empieza a dar. | | **BPV** | You start driving. |
| Ajá, y él me decía pa' donde. Yo me imagino que sí... que estaba atrás, pero no sabía en qué carro tampoco, porque sí me decía pa' dónde ir y todo. | | **LEG** | Uh huh, and he would tell me which way. I imagine that he was... that he was behind me, but I didn't know what car [he was in] either, 'cause he did tell me which way to go and all. |
| *So* él dice, estás... okey, la Calle Segunda, okey. Luego, ¿qué direcciones le dió? ¿Qué instrucciones? | | **BPV** | So he says... you're... okay, Second Street, okay. Then, what directions did he give you? What instructions? |
| Pues na'más. Ah, pues, cuando agarraba la... Ah, porque me parquée en la... | | **LEG** | Well, that's it. Oh, well, when I was getting onto... Uh, 'cause I parked on... |
| [OL] Beach. | | **BPV** | [OL] Beach. |
| [OL] ... en la Beach. Y fue cuando dí vuelta acá y todo eso. Allí me parquée en la Beach. Allí me dijo, "Dale pa' acá a la izquierda," allí cuando agarré la-la Segunda. Y allí, todo derecho. Y dijo, "Allí está la gente. Levántala." Y pensé que estaba atrás de mí. Pues, ah, que, es la Migra. | | **LEG** | [OL] ...on Beach. And that's when I turned here and all that. I parked there on Beach. That's where he told me, "Turn this way, to the left," there, when I got on to-to Second. And from there on, it was all the way straight. And he said, "There're the people. Pick them up." And I thought he was behind me. And then, oh, it's Immigration. |
| [OL] *So*, usted... ¿Mande? | | **BPV** | [OL] So you... What? |
| Pensaba que... pero era la Migra la que andaba atrás de mí. Pero él me dijo, él que-que era él. Dijo, "Yo ando atrás de tí. Levántalos." | | **LEG** | I thought that... but it was Immigration that was coming behind me. But I-he told me, he did, that-that it was him. He said, "I'm driving behind you. Pick them up." |
| Ah, *so* él le dijo a usted... | | **BPV** | Oh, so he told you... |
| [OL] Ajá. | | **LEG** | [OL] Uh huh. |
| [OL] ...vengo atrás de tí. *So* usted empieza a dar pa' la izquierda. | | **BPV** | [OL] ... I'm driving behind you. So you started to turn towards the left. |

| Transcription | Time | | Translation |
|---|---|---|---|
| Ajá. | | ***LEG*** | Uh huh. |
| A la de-la Calle Segunda. Llega allí al primer alto, ¿no? que es la Andrade. | | ***BPV*** | To the-to Second Street. You get to the first stop, right? which is Andrade. |
| Ajá. | | ***LEG*** | Uh huh. |
| Yallí, ¿qué hizo usted? | | ***BPV*** | And what did you do there? |
| Pues, derecho. | | ***LEG*** | Well, [I went] straight. |
| Siguió todo derecho | | ***BPV*** | You continued straight all the way. |
| [IA] | | ***LEG*** | [IA] |
| [OL] No dió ninguna vuelta. | | ***BPV*** | [OL] You didn't make any turns. |
| No. | | ***LEG*** | No. |
| Okey. *So* siguió usted todo derecho. | | ***BPV*** | Okay. So you continued straight all the way. |
| Sí. No. | | ***LEG*** | Yes. No. |
| ¿Por fin? | | ***BPV*** | Which is it? |
| No, porque la... Ah, no, porque me dijo, "Ah, no, dale pa' la izquierda. Se me hace que dí una vuelta, pa' la izquierda. | | ***LEG*** | No, 'cause the... Oh, no, 'cause he told me, "Oh, no, go left." It believe I turned left. |
| ¿Para qué era esa vuelta, señor? | | ***BPV*** | What was that turn for, sir? |
| Pues, no sé, él me dijo, "Da-dale aquí por la izquierda. Y yo me [UI] me fui con la finta, "Ah, pues va a ser en estas casas." Y le doy pa' la izquierda y pa' la izquierda, y otra vez, pero otra vez di para-y otra vez, pero otra vez agarré por donde mismo. | | ***LEG*** | Well, I don't know, he told me, "Turn here to the left." And I [UI] thought that was where it was. "Oh, so it'll be in these houses." And I turned left and left, and again, but I again went towards-and again, but then I again got onto the same [street] as before. |
| ¿Y para qué era...? ¿Dió un círculo? | | ***BPV*** | And what was that for? You made a circle? |
| Ajá. No sé, él me dijo. [UI] lo que él decía. | | ***LEG*** | Uh huh. I don't know, he told me. [UI] what he said. |
| ¿Y por qué le dijo eso? | | ***BPV*** | And why'd he tell you to do that? |
| Pues, no sé. | | ***LEG*** | Well, I don't know. |
| ¿Por qué lo traía a usted dando círculos? | | ***BPV*** | Why was he having you go around in circles? |

| Transcription | Time | | Translation |
|---|---|---|---|
| No, nada más una. | | ***LEG*** | No, just one. |
| Bueno, el círculo ese. | | ***BPV*** | Well, that circle. |
| Pues, no sé. Él me dijo, "dale por aquí a la izquierda, dale por aquí a la izquierda," y otra vez a la izquierda. Pues se salió en donde mismo. | | ***LEG*** | Well, I don't know. He told me, "turn here to the left, turn here to the left," and again to the left. Well, it came out to the same place as before. |
| Okey. ¿Y él que le dice? | | ***BPV*** | Okey. And what'd he say to you? |
| "Dale derecho" y "Allí está la gente." | | ***LEG*** | "Go straight." and "There're the people." |
| Okey, *so* ya le- empieza usted a dar derecho. | | ***BPV*** | Okay, so he alre-you start going straight. |
| [OL] Y ya allí es donde levanté la gente. | | ***LEG*** | [OL] And that's where I picked up the people. |
| Usted le empieza a dar derecho y ya [UI] según él venía... | | ***BPV*** | You start going straight and then [UI] supposedly he was behind... |
| Ajá. | | ***LEG*** | Uh huh. |
| A lo mejor usted pensaba que venía atrás de usted. | | ***BPV*** | Maybe you thought he was behind you. |
| Sí, pues me dijo que venía atrás de mí. | 13:02 | ***LEG*** | Yeah, 'cause he told me that he was behind me. |
| Okey. *So* sigue usted dando, y, ¿luego? | | ***BPV*** | Okay. So you continue driving, and then? |
| Pues levanté la gente. | | ***LEG*** | Well, I picked up the people. |
| Cuando usted paró allí, ¿qué? ¿Se detuvo o qué? | | ***BPV*** | When you stopped there, what? Did you stop or what? |
| Ajá. | | ***LEG*** | Uh huh. |
| [OL] Se detuvo. | | ***BPV*** | [OL] You stopped. |
| [OL] Pues me dijo, "Frena." Frené.. | | ***LEG*** | [OL] "Cause he told me "stop." I stopped. |
| Se frena usted, y usted, ¿qué, qué? | | ***BPV*** | You stopped and you, what, what? |
| Pues nada, se levantó la gente, y entonces dijo, "Tú dale derecho. Yo te voy a decir pa' dónde ir, y yo nomás... | | ***LEG*** | Well, nothing, the people got up, and then he said, "Drive straight. I'm going to tell you where to go, and I just... |
| [OL] ¿Usted que le dijo a la gente? | | ***BPV*** | [OL] What did you say to the people? |

| Transcription | Time | | Translation |
|---|---|---|---|
| Nada. Yo no hablé con la gente. | | ***LEG*** | Nothing. I didn't talk to the people. |
| ¿Cómo no le va a decir nada? Pues estaban allí, .parados | | ***BPV*** | How could you not say anything? They were there, standing. |
| No, pues, nada. Es que nada más me dijo, "Dales raite." Y a mí [UI] Yo no les pregunté nada. Yo no hablé con ellos. Usted pregúntele a ellos, yo no hablé nada con ellos. | | ***LEG*** | Well, no, nothing. 'Cause, all he told me was "Give 'em a ride." And I [UI] I didn't ask them anything. I didn't speak to them. Ask them, I didn't speak to them at all. |
| Okey, pero sí se detiene. | | ***BPV*** | Okay, but you did stop. |
| Ajá. | | ***LEG*** | Uh huh. |
| Y ellos ya venían de... cruzando la frontera. | | ***BPV*** | And they were already coming from... crossing the border. |
| [OL] No, ellos ya, se estaban allí parados, estaban acostados. | | ***LEG*** | [OL] No, they already, they were there standing, they were lying down. |
| [OL] ¿O ya habían cruzado la frontera? | | ***BPV*** | [OL] Or had they already crossed the border? |
| Ajá. | | ***LEG*** | Uh huh. |
| Obviamente. Cruzan la frontera ellos ilegalmente, están allí esperándolo a usted. ¿Estaban parados o sentados o qué? | | ***BPV*** | Obviously. They crossed the border illegally, they're there waiting for you. Were they standing or sitting or what? |
| Acostados. | | ***LEG*** | Lying down. |
| Estaban acostados. | | ***BPV*** | They were lying down. |
| Ajá. | | ***LEG*** | Uh huh. |
| *So* usted se detiene. | | ***BPV*** | So you stop. |
| Ajá. | | ***LEG*** | Uh huh. |
| ¿Y luego? | | ***BPV*** | And then? |
| Pues se suben. | | ***LEG*** | Well, they got in. |
| Se subieron ellos. Usted empieza a seguir manejando, ¿no? | | ***BPV*** | They got in. You start to continue driving, right? |
| Ajá, sí, manejando. | | ***LEG*** | Uh huh, yeah, driving. |
| ¿Y luego qué pasa? Siguió usted ca- manejando. ¿Y luego? | | ***BPV*** | And then what happens? You continued wa-driving, and then? |

| Transcription | Time | | Translation |
|---|---|---|---|
| Pues, sí, manejando, y una curva a la izquierda, y luego una curva, y otra se me hace, ¿no? | | ***LEG*** | Well, yeah, driving, and a curve to the left, and then a curve and another one, I think, right? |
| Mm hm. | | ***BPV*** | Uh huh. |
| Porque agarré pa' allá. Y pues, allí todo. Pues ya cuando, pusieron los picos en el piso y se poncharon las llantas. | | ***LEG*** | 'Cause I drove towards there. And, well, that was it. "Cause then when they put the spikes on the ground and the tires got flats. |
| [OL] Okey, *so*... | | ***BPV*** | [OL] Okay, so... |
| [OL] Y me orillé. | | ***LEG*** | [OL] And I pulled over. |
| [OL] ...*so* usted iba, le pican las llan-las llantas. | | ***BPV*** | [OL] ...so you were, your-your tires get spiked. |
| Ajá. | | ***LEG*** | Uh huh. |
| Okey. | | ***BPV*** | Okay. |
| Se poncharon las llantas y miré que pusieron la sirena y me orillé. | | ***LEG*** | The tires got flats and I saw that they had turned the siren on and I pulled over. |
| *So* cuando se pl-se ponchan las llantas ¿escuchó usted las sirenas? | | ***BPV*** | So, when the ti-the tires get flats, you heard the sirens? |
| Ajá. | | ***LEG*** | Uh huh. |
| ¿Miró luces de la Patrulla Fronteriza? | | ***BPV*** | You saw the Border Patrol lights? |
| Ajá, de atrás. Pues estaba atrás de mí. | | ***LEG*** | Uh huh, from behind. 'Cause they were behind me. |
| [OL] Okey. | | ***BPV*** | [OL] Okay. |
| Y yo, pues, de allí me orillé. | | ***LEG*** | And I, well, I pulled over then. |
| [OL] ¿Y usted qué hizo, señor? | | ***BPV*** | [OL] And what did you do, sir? |
| Me orillé. | | ***LEG*** | I pulled over. |
| ¿Se orilló? ¿A qué horas? | | ***BPV*** | You pulled over? At what time? |
| ¿Cómo que a qué horas? | | ***LEG*** | What do you mean "at what time"? |
| Mm hm. | | ***BPV*** | Uh huh. |
| Pues en cuanto oí la sirena. | | ***LEG*** | As soon as I heard the siren. |

| Transcription | Time | | Translation |
|---|---|---|---|
| Porque cuando le picaron las llantas al-al carro, señor... | | ***BPV*** | 'Cause when they spiked the-the car's tires, sir... |
| [OL] Ajá, me picaron y pues, le seguí dando pa' bajar la velocidad, pa' no frenar muy seco y, pues [UI] | | ***LEG*** | [OL] Uh huh, well, they spiked me and well, I continued in order to reduce my speed, so I wouldn't brake too hard, and, well [UI] |
| [OL] Por eso, usted le siguió dando. ¿A cuánto le siguió dando? | | ***BPV*** | [OL] That's what I mean, you continued going. How fast did you continue going? |
| No-no llegué hasta el alto. Porque hay un alto más pa' delante, ¿no? | | ***LEG*** | I didn't-I didn't get as far as the stop [sign]. 'Cause there's a stop farther up, right? |
| Allí estaba usted en el alto. ¿Cómo sabe usted que estaba en el alto? | | ***BPV*** | There you were at the stop. How do you know you were at the stop? |
| No [UI] hasta el alto. | | ***LEG*** | No [UI] up to the stop. |
| Bueno, okey. | | ***BPV*** | Well, okay. |
| Pero faltaba poquito pa'l alto, digo, pero no llegué hasta allá porque le frené acá. | | ***LEG*** | But it was just a little ways from the stop, but I didn't make it all the way there because I put the brakes on over here. |
| Okey, *so* le pican las llantas, y usted, ¿porqué le siguió dando? Si ya tenía la sirenas atrás. | | ***BPV*** | Okay, so they spike your tires, and you, why did you continue driving if you already had the siren behind you? |
| No, es que 'ira, se ponchó las llantas, pero yo en verdad, yo-yo miré un troque pero yo no-yo nunca pensé que iba a ser la Migra. | | ***LEG*** | No, it's 'cause, look, the tires got flats, but I, honestly, I-I saw a truck, but I didn't-I never thought it was going to be Immigration. |
| Pero, te pusieron las sirenas. | | ***BPV*** | But they turned the siren on. |

| Transcription | Time | | Translation |
|---|---|---|---|
| No, prendió la sirena después que p-que poncharon las llantas. Porque yo oí que poncharon las llantas. Y hasta un señor me dijo, "¿Qué-qué fue eso?" Le dije, "no, no sé." Y prendieron las sirenas. Y allí cuando, ví, "Ah," dije, "Yyy, la Migra." Y me orillé. | | ***LEG*** | No, the siren went on after they-after they spiked the tires. 'Cause I heard when they spiked the tires. And this man even said to me, "What-what was that?" I told him, "I don't know." And they turned the sirens on. And that's when I saw, "Oh," I said, "Jeez, Immigration." And I pulled over. |
| *So* usted sigue un tramo y luego se orilla y se detiene. | 15:16 | ***BPV*** | So you continue on for a stretch and then you pull over and you stop. |
| Mm hm. Es que por... | | ***LEG*** | Uh huh. It's 'cause... |
| [OL] ¿Y luego qué sigue? | | ***BPV*** | [OL] And then what's next? |
| Ajá. Y ya, es todo. | | ***LEG*** | Uh huh. And that's all, that's it. |
| *So* se poncharon, y luego por qué usted, ¿por qué no se detuvo allí al segundo, al instante, a la primera oportunidad? | | ***BPV*** | So they got flat, and then why did you, why didn't you stop there that same second, that instant, as soon as you could? |
| Pues, no sé. Es que no se sen-... como- se ponch-se oyó [UI] acá, pero no-no se... Ya ves cuando se poncha una llanta cómo se siente... | | ***LEG*** | Well, I don't know. It's 'cause you couldn't feel... since- it punch- you heard [UI] here, but you-you couldn't... You know, when you get a flat, how it feels... |
| Mm hm. | | ***BPV*** | Uh huh. |
| Pues[UI] para hasta que luego se sintió. Y fue que-cuando pasó eso fue cuando ví la sirena y, pues, bajé la velocidad así, despacito, y me orillé nomás. | | ***LEG*** | Well, [UI] so that it was until later that you could feel it. And it was that-when that happened is when I saw the siren, and, well, I reduced my speed, like this, slowly, and I just pulled over. |
| *So* baja usted la velocidad y se detiene. | | ***BPV*** | So you reduce your speed and you pull over. |
| Ajá. | | ***LEG*** | Uh huh. |
| Casi 'onde el alto. | | ***BPV*** | Almost where the stop is. |
| Se me hace que sí. | | ***LEG*** | I think so. |
| Okey. | 15:46 | ***BPV*** | Okay. |

| Transcription | Time | Translation |
|---|---|---|
| Se detiene allí, ¿qué sucede, señor? | | You stop there. What happens, sir? |
| Pues, llega la Migra y me agarran. | ***LEG*** | Well, Immigration gets there and they get me. |
| ¿Y cómo sabía usted que era la Migra? | ***BPV*** | And how did you know it was Immigration? |
| Pues estaban las sirenas. Pues yo-yo sí sabía que era la Migra. [UI] se nota por lo de enfrente. | ***LEG*** | Well, the sirens were on. But I-I did know it was Immigration. [UI] you can tell because of what's in front. |
| Okey. | ***BPV*** | Okay. |
| Luego me llegó otra por la-otra por el lado, también, se me hace. | ***LEG*** | Then another one came up to me on the-another one on the side, too, I think. |
| Mm hm. ¿Y qué le dijeron? | ***BPV*** | Uh huh. And what did they tell you? |
| Pues patearon-alguien pateó la puerta y nomás. Me dijeron, "Bájate!" [UI] Y me iba a bajar y me agarraron. Me dijo, "No te muevas!" Y yo le dije, "Tú dijiste que bajara." Y pues, y no, me agarraron y me esposaron, acá. Me pusieron una mano acá arriba. | ***LEG*** | Well they kicked-someone kicked the door and that's all. They told me, "Get out!" [UI] And I was going to get out and they grabbed me. He told me, "Don't move!" And I told him, "You told me to get out." And, well, and, no, they got me and handcuffed me, here. They put one of my hands up here. |
| ¿No le explicaron a usted que era la Patrulla Fronteriza? | ***BPV*** | Didn't they explain to you it was the Border Patrol? |
| Sí, sí me dijeron, y me enseñaron una placa. | ***LEG*** | Yes, they did tell me, and they showed me a badge. |
| Okey. ¿No le preguntaron a usted si era... de qué país era usted? | ***BPV*** | Okay. Didn't they ask you if you were... what country you were from? |
| Ajá, sí, sí. | ***LEG*** | Uh huh, yes, yes. |
| ¿O dónde había nacido? | ***BPV*** | Or where you were born? |
| Estados Unidos, dije San Diego. | ***LEG*** | United States, I said San Diego. |
| Okey. ¿Y después de allí qué le dijeron? | ***BPV*** | Okay. And after from there [sic], what did they tell you? |
| ¿Cómo que después qué me dijeron? | ***LEG*** | What do you mean, after what did they tell me? |

| Transcription | Time | | Translation |
|---|---|---|---|
| Sí, después de allí, ¿qué le dijeron? Que estaba bajo arresto por qué. | | ***BPV*** | Yes, after from there [sic], what did they tell you? That you were under arrest for what? |
| Que estaba bajo arresto por lo que usted me dijo ahorita allí, por indocumentados. | | ***LEG*** | That I was under arrest for what you told me there right now, for undocumented people. |
| Por tráfico de indocumentados. Y allí, cuando lo arrestó la Patrulla Fronteriza, ¿dónde estaba usted en el carro? | | ***BPV*** | For undocumented people smuggling. And there, when the Border Patrol arrested you, where were you in the car? |
| Manejando. | | ***LEG*** | Driving. |
| So, ¿estaba usted detrás del-del volante? | | ***BPV*** | So, were you behind the-the steering wheel? |
| Sí. | 16:46 | ***LEG*** | Yes. |
| Okey, señor, y, ¿cuántas veces lo ha arrestado a usted la Patrulla Fronteriza o la Policia en algunas otras ocasiones? | | ***BPV*** | Okay, sir, and how many times has the Border Patrol arrested you or the police on other occasions? |
| La Fronteria-la Fronteriza nunca. | | ***LEG*** | The Boder-the Border [Patrol] never. |
| ¿Nunca? ¿La Patrulla Fronteriza nunca? | | ***BPV*** | Never? The Border Patrol never has? |
| No. | | ***LEG*** | No. |
| ¿Y qué tal la policía? | | ***BPV*** | And what about the police? |
| Pues, una vez sí fuí arrestado. Dos veces. | | ***LEG*** | Well, I was arrested once. Two times. |
| Sí, ¿por qué? | | ***BPV*** | Yeah, why? |
| Pues, una vez era... eh, *no charges,* pero *they dropped 'em,* pues no podían... Ni siquiera la pistola era mía porque andaba manejando y estaba con un amigo y él clavo una pistola en el carro y droga, pues, en la puerta de su carro. Y el bato, como ya tiene un *warrant* pa' su *arrest,* me echó toda la cul-la bronca a mí. | | ***LEG*** | Well, one time it was... uh, no charges, but they dropped 'em, 'cause they couldn't... The gun wasn't even mine because I was driving and I was with a friend, and he hid a gun in the car, and drugs in his car door. And the dude, since he already had a warrant for his arrest, he blamed me, he put all the blame on me. |
| Mm hm. A usted. | | ***BPV*** | Uh huh. On you. |

| Transcription | Time | | Translation |
|---|---|---|---|
| Ajá. Y me metieron al bote un mes, nomás y un mes en *house* en *house arrest.* | | ***LEG*** | Uh huh. And they put me in the can for just a month, and a month on house arrest. |
| Pero usted salió libre de eso. | | ***BPV*** | But you were cleared of that. |
| Pero luego-luego saca... ajá... Porque en las fotos, como estaba la cosa así, se abría para otro lado pa' la vista de él, entonces, pues no pudieron decir que la pistola era mía y entonces los *charges, they dropped 'em.* | | ***LEG*** | But then-then they got... uh-huh... 'Cause in the photos, since the thing was like this, it opened up to the other side, in his view, so, well, they couldn't say that the gun was mine, and so the charges, they dropped 'em. |
| Okey.<br>Anything else? | | ***BPV*** | Okay.<br>Anything else? |
| Pero eso fue el *last year,* se me hace. | | ***LEG*** | But that was last year, I think. |
| Okey. | | ***BPV*** | Okay. |
| [UI] | | ***LEG*** | [UI] |
| Okey, si usted... ¿qué es lo que ha estado haciendo todos esos cuatro meses entonces aquí? ¿En Calexico? | | ***BPV*** | Okay, if you... what have you been doing all these four months here? In Calexico. |
| Pues nada. | | ***LEG*** | Well, nothing. |
| ¿O en Mexicali? | | ***BPV*** | Or in Mexicali? |
| Nada. Eh, vine unas cuantas veces a buscar trabajo acá. | | ***LEG*** | Nothing. Uh, I came a few times to look for work over here. |
| Mm hm. | | ***BPV*** | Uh huh. |
| Fuí a National Beach [sic] también, pero no, no me dieron. Y ya me iba a ir, pero mi jefa no puede juntar la feria todavía, porque es que se acabó de divorciar de mi papá y quiere meter los papeles de divorcio también, porque está arreglando papeles ella. | | ***LEG*** | I went to National Beach [sic], too, but I wasn't hired. And I was about to go back, but my mom hasn't been able to get the money together yet, because... it's that she just got divorced from my dad, and she wants to submit the divorce papers, too, because she's processing her [immigration] papers. |
| Mm hm. | | ***BPV*** | Uh huh. |

| Transcription | Time | | Translation |
|---|---|---|---|
| Y luego, se me hace que cuando se meta el divorcio va a ser más rápido pa' que ella arregle los papeles porque es como abandono de hogar, fue porque mi papá dejó a cinco hijos y nada más se largó de la casa y está viviendo en México. | | ***LEG*** | And then, I think that when she submits the divorce [papers], she'll be able to get her [immigration] papers faster because it's like abandoning the family home, 'cause my dad abandoned five kids and he just took off and he's living in Mexico. |
| Okey.<br>*Uhm, anything else you wanna ask? No?*<br>Okey, señor. ¿Algo más que usted quiere decir tocante a este asunto, señor? | | ***BPV*** | Okay.<br>Uhm, anything else you wanna ask? No?<br>Okay, sir. Anything else you want to say regarding this matter, sir? |
| Pues, no. | | ***LEG*** | Well, no. |
| ¿No? Okey, señor, entonces aquí concluye la entrevista.<br>*Uh, this concludes the statement. The date is November 27th, 2007, and the time is 7:55 pm.* | | ***BPV*** | No? Okay, sir, then the interview ends here.<br>*Uh, this concludes the statement. The date is November 27th, 2007, and the time is 7:55 pm.* |
| | 18:59 | | |